

# NUMBER 13-09-00701-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GERALD D. SHEETS,                                                    Appellant,

v.

THE OKONITE COMPANY,                                              Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellee The Okonite Company ("Okonite") has filed an unopposed motion to dismiss the appeal as to appellant Gerald D. Sheets ("Sheets") on grounds that Sheets had all claims non-suited or otherwise dismissed against Okonite.

The Court, having considered the documents on file, is of the opinion that the motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.3. Appellee's unopposed motion to dismiss is granted, and the appeal brought by appellant Gerald D. Sheets against The Okonite Company is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Delivered and filed the 14th
day of January, 2010.